UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIELLE SMITH,

    Plaintiff,

v.                                                           CASE NO. 8:21-cv-1291-SDM-AEP

UNITED STATES DEPARTMENT
OF JUSTICE,

    Defendant.
_____/

**<u>ORDER</u>**

    Danielle Smith sues (Doc. 1) the United States Department of Justice under the Freedom of Information Act.  Asserting that courts "ordinarily resolve[]" similar actions on motion, the parties submit (Doc. 12) a case management report and request an exemption from discovery requirements.  The case management report is **ADOPTED-IN-PART**.  Except for the dispositive motion deadline, the parties must conform to the case management report.  Not later than **DECEMBER 30, 2021**, the parties must submit any dispositive motion.  If no final disposition results from the dispositive motion or motions, the parties must file a revised case management report not later than **FOURTEEN DAYS** after the denial.

    ORDERED in Tampa, Florida, on September 2, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE