UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | No.  3:20-CR-00097-CRS |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARENCE CARPENTER | ) | |
| | ) | |
| Defendant | ) | |

ORDER

Motion having been made and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the deadline for the filing of Responses to the motions filed regarding disclosure of the Confidential Informant (D.N. #27 and D.N. #28) is extended to January 14, 2022.

December 21, 2021

Charles R. Simpson III, Senior Judge
United States District Court